IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DARRIN A GRUENBERG,

            Plaintiff,                      ORDER

v.                                                13-cv-453-wmc

TRAVIS BITTLEMAN and DAVID LIPINSKI,

            Defendants.

---

      Plaintiff Darrin Gruenberg, a prisoner at the Wisconsin Secure Program Facility in Boscobel, Wisconsin, has submitted a proposed complaint. He has paid the $400 filing fee. Nevertheless, because he is a prisoner, he is subject to the 1996 Prison Litigation Reform Act. Under the Act, plaintiff cannot proceed with this action unless the court grants him permission to proceed after screening his complaint pursuant to 28 U.S.C. § 1915A to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.

      Accordingly, IT IS ORDERED that plaintiff Darrin Gruenberg's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about his case, he should be sure to write the case number shown above on his communication.

      Entered this 19th day of July, 2013.

                            BY THE COURT:

                            /s/
                            PETER OPPENEER
                            Magistrate Judge